# Court of Appeals
# of the State of Georgia

ATLANTA, April 05, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1233, A13A1234. JOSEPH HAMMONDS, JR. v. HSBC MORTGAGE SERVICES, INC.**

These appeals originated as a dispossessory proceeding in magistrate court. After an adverse ruling, defendant Joseph Hammonds, Jr. appealed the magistrate court's decision to the superior court. The superior court subsequently issued two writs of possession in favor of the plaintiff. Hammonds has appealed both orders directly to this Court.

We lack jurisdiction. Because the orders at issue dispose of a de novo appeal from a magistrate court decision, Hammonds was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). His failure to do so deprives us of jurisdiction over these appeals, which are hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/05/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*